# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| VINCENT HARRIS, | CIVIL ACTION |
| Plaintiff, | |
| v. | No. 15-3689 |
| CITY OF PHILADELPHIA, et al., | |
| Defendants. | |

**ORDER**

**AND NOW**, this 18th day of March, 2016, upon consideration of Defendant, City of Philadelphia's, "Motion for Judgment on the Pleadings Pursuant to Federal Rule of Civil Procedure 12(c) as to the Amended Complaint" (Doc. No. 20), and the Response in Opposition by Plaintiff, Vincent Harris, it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE